# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

DWIGHT S. REID,
[DOB: 10/29/1977]

*(Felon in Possession of a Firearm)*
18 U.S.C. §§ 922(g)(1) and 924(a)(8)
NMT: 15 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
Class C Felony

$100 mandatory Special Assessment Per
Count of Felony Conviction

## CRIMINAL COMPLAINT

**Case Number: 26-MJ-00143-LMC (JAM)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about July 15, 2026, in the Western District of Missouri, the defendant, Dwight S. Reid, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, AK-style Draco, 7.62x39mm semi-automatic pistol, bearing serial number DB-3057-17 RO, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Detective with the Kansas City, Missouri Police Department and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No.

_____
T.F.O. Johnathon D. Dawdy
Illegal Firearms Section
Kansas City, Missouri Police Department

Sworn to before me ~~and subscribed in my presence,~~
Telephonically

_____July 17, 2026_____   at   __Kansas City, Missouri_____
Date                                      City and State

HONORABLE JILL A. MORRIS
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer